UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 7:20-CR-02-REW-EBA |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| BARBARA JEAN NORMAN, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Recommended Disposition (DE #72) of United States Magistrate Judge Edward B. Atkins, addressing Defendant Barbara Norman's guilty plea to Counts 4 and 5 of the Indictment (DE #1). Defendant appeared before Judge Atkins on July 15, 2020. *See* DE #69 (Minutes). After consenting to plead before a United States Magistrate Judge (DE #70) and engaging in the full Rule 11 colloquy, Norman proceeded to plead guilty to Counts 4 and 5. DE #72. Judge Atkins found Defendant competent to plead and that Defendant did so in a knowing and voluntary fashion; he further found that an adequate factual basis supported the plea as to each essential element of the charged offenses. *Id.* Accordingly, Judge Atkins recommended that the Court accept Defendant's plea and adjudge her guilty of the offenses charged in Counts 4 and 5 of the Indictment. *Id.* Additionally, and consistent with Norman's plea agreement and per her oral concessions at the hearing, Judge Atkins found that Defendant has an interest in the property attributed to her in the Indictment's forfeiture allegation and that the property is subject to forfeiture, per the applicable statutes. *Id.*; *see also* DE #71 ¶ 10 (Plea Agreement).

The parties had three (business) days within which to object to Judge Atkins's recommendation, and none has done so. Though this Court reviews *de novo* those portions of a Recommended Disposition to which a party objects, *see* 28 U.S.C. § 636(b)(1), it is not required to "review . . . a magistrate[] [judge's] factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985). Where the parties do not object to the Magistrate Judge's recommended disposition, they waive any right to review. *See* Fed. R. Crim. P. 59(b); *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017) ("When a party . . . fails to lodge a specific objection to a particular aspect of a magistrate judge's report and recommendation, we consider that issue forfeited on appeal."); *see also United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008) (noting that "[t]he law in this Circuit is clear" that a party who fails to object to a magistrate judge's recommendation forfeits the right to appeal its adoption).

The Court thus **ADOPTS** the Recommended Disposition (DE #72), accepts the plea, and **ADJUDGES** Barbara Norman guilty of Counts 4 and 5 of the Indictment. The Court further **CANCELS** the jury trial, previously continued generally, as to this Defendant. Additionally, given Defendant's now-accepted plea and her concession of forfeitability as to the identified property, the Court—finding the statutorily required criminal nexus present, per the plea's factual basis and Judge Atkins's findings at the hearing—**PRELIMINARILY ADJUDGES** the property identified in the Indictment and covered by Judge Atkins's Recommendation forfeitable. An Order scheduling Defendant's sentencing follows. Defendant remains detained, per prior Orders.

This the 21st day of July, 2020.



Signed By:

*Robert E. Wier*

**United States District Judge**

2